# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 21, 2009

Marilyn Kelly,
Chief Justice

137501

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC:  137501
                                       COA: 286531
                                       Berrien CC: 2007-402710-FH

JOHN PAUL YAKEL, JR.,
           Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 28, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 21, 2009                          _____

l0114                                            Clerk